

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BRANDI G.,

    Plaintiff,

    vs.

FRANK BISIGNANO, Commissioner of
Social Security,[1]

    Defendant.

No.  1:25-CV-03153-JAG

ORDER GRANTING
STIPULATED REMAND

    Before the court is the parties' Stipulated Motion to Remand.  ECF No. 18. After considering the motion, file, and proposed order, it is hereby **ORDERED:**

    1.    The parties' Stipulated Motion to Remand, **ECF No. 18**, is **GRANTED**.

    2.    Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED**.  This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the Defendant in this suit.

ORDER GRANTING STIPULATED REMAND - 1

Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Upon remand, the Administrative Law Judge will be directed to offer Plaintiff the opportunity for a hearing; further consider the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 404.1520c; take any other action necessary to complete the administrative record; and issue a new decision.

3.    All other pending motions are **DENIED AS MOOT**.

4.    Judgment shall be entered for **Plaintiff**.

5.    Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

DATED March 20, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED REMAND - 2