AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2026

SEAN F. MCAVOY, CLERK

|  |  |
|---|---|
| BRANDI G.<br>*Plaintiff*<br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>Civil Action No.   1:25-CV-03153-JAG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The parties' Stipulated Motion to Remand, ECF No. 18, is GRANTED. This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   JAMES A. GOEKE

Date:   3/20/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*